|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |

| | |
|---|---|
| KYLE WILSON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>TIMOTHY FILSON,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00160-HDM-CLB<br><br>ORDER |

On February 20, 2020, petitioner Wilson filed motions inquiring about the status of his case and requesting a copy of respondents' Answer. ECF Nos. 33/34. In response, respondents have notified the court that, while they had previously served a copy of their Answer when it was filed on June 17, 2019, they mailed Wilson a courtesy copy on February 22, 2020. ECF No. 36.

In the interest of fairness, the court will *sua sponte* permit the petitioner additional time to file his Reply.

IT IS THEREFORE ORDERED that petitioner shall have 60 days from the date of this order within which to file his Reply to respondents' Answer (ECF No. 32)

IT IS FURTHER ORDERED that petitioner's "motion for case status" (ECF No. 33) and "motion for copy of response" (ECF No. 34) are denied as moot in light of the foregoing.

IT IS FURTHER ORDERED that respondents' motion for extension of time (ECF No. 31) is granted *nunc pro tunc* as of May 3, 2019.

DATED THIS 15th day of March, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE